**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**February 5, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellant,

v.

ROBERT MARCUS JOHNSTON,

    Defendant - Appellee.

No. 25-5130
(D.C. No. 4:25-CR-00169-SEH-1)
(N.D. Okla.)

_____

### ORDER AND JUDGMENT[*]
_____

Before **MATHESON**, **BACHARACH**, and **PHILLIPS**, Circuit Judges.
_____

This matter is before us on the United States' Motion for Summary Affirmance. The United States moves for summary affirmance based on this court's recent published decision in *United States v. Hopson*, No. 23-5056, 150 F.4th 1290 (10th Cir. 2025). The appellee does not oppose the United States' motion.

---

[*] After examining the United States' motion and appellate record, this panel has determined unanimously that oral argument would not materially assist in the determination of the motion or the appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument. Additionally, this order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

In light of the foregoing, the tolling of proceedings in this appeal is lifted, and the United States' Motion for Summary Affirmance is granted. The judgment of the district court is affirmed.

Entered for the Court

Per Curiam